UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXWELL KINSLEY,<br><br>      Plaintiff,<br><br> v.<br><br>MIKE DOE, KARAN SOOD,<br><br>      Defendants. | CASE NO. 2:24-cv-01821-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

 Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

 The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

 DATED this 8th day of November, 2024.

                     _____
                     BRIAN A. TSUCHIDA
                     United States Magistrate Judge